)NY
:ENT
ONICALLY FILED
FILED: 2/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA : **TRANSPORTATION ORDER**

- v - : 19 Cr. 579 (VM)

Claudia Juarez, :

        Defendant. :

------------------------------------x

Upon the application of **Claudia Juarez**, by her attorney, **Ian Marcus Amelkin, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Claudia Juarez, with funds to cover the cost of travel between Tampa, Florida and New York, New York, for Ms. Juarez's court appearance, scheduled for February 28, 2020, it is hereby

**ORDERED** that Ms. Juarez arrive in New York on February 28, 2020 no later than 9:30 a.m., and leave no earlier than 7 PM; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
      February 24, 2020

SO ORDERED:

_____
HONORABLE VICTOR MARRERO
United States District Judge