```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :   TRANSPORTATION ORDER

    - v -                         :   19 Cr. 579 (VM)

Claudia Juarez,                   :

               Defendant.     :

------------------------------------x

Upon the application of **Claudia Juarez**, by her attorney, **Ian Marcus Amelkin, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Claudia Juarez, with funds to cover the cost of travel between Tampa, Florida and New York, New York, for Ms. Juarez's court appearance, scheduled for February 28, 2020, it is hereby

**ORDERED** that Ms. Juarez arrive in New York on February 28, 2020 no later than 11:00 AM, and leave no earlier than 7 PM; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York            SO ORDERED:
      February 27, 2020

                                           HONORABLE VICTOR MARRERO
                                           United States District Judge

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

February 27, 2020

**VIA FAX**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-6382

Re: <u>United States v. Claudia Juarez</u>,
    **19 Cr. 579 (VM)**

Dear Judge Marrero:

Pursuant to 18 U.S.C. § 4282, I respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Ms. Juarez's travel between Tampa, FL and New York, NY, for her upcoming court appearance. Ms. Juarez will be traveling from Tampa, FL to New York, on Friday, February 28, 2020 in order to attend a court appearance at 3:30 PM, and returning to Tampa, FL the same evening. This updated travel order is needed for the US Marshals Service to be able to issue Ms. Juarez a ticket departing tomorrow morning, as opposed to tonight.

Ms. Juarez is indigent and cannot pay for the transportation necessary to appear here in the Southern District of New York. Accordingly, for the foregoing reasons, we ask that Your Honor sign the enclosed order, requiring the United States Marshals Service to arrange and fund Ms. Juarez's travel to and from the Southern District of New York on February 28, 2020.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733