# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020

Re:   *United States v. Claudia Juarez*, 19 Cr. 579 (VM)

Honorable Judge Marrero:

I write with to respectfully request that the Court modify Ms. Juarez's bail conditions. Specifically, I respectfully request that the Court remove the GPS monitoring condition, which has been in place since Ms. Jaurez's arrest. In its place, we respectfully request that Ms. Juarez's curfew be monitored telephonically.

On July 15, 2019, Magistrate Judge Kevin N. Fox released Ms. Juarez on her own signature and imposed bail conditions, including, in relevant part, GPS monitoring and a curfew. Since that time, Ms. Juarez's compliance has been remarkably consistent.

I have discussed the availability of phone reporting with the United States Pretrial Officer who supervises Ms. Juarez in the Middle District of Florida. While U.S. Pretrial does not take a position on this application, it does confirm that it has the capacity to supervise Ms. Juarez's curfew compliance by phone. I have discussed this matter with Assistant United States Attorney Ryan ████████████████████ opposes its removal as a condition.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Christopher A. Flood
Assistant Federal Defender
(212) 417-8734

**SO ORDERED:**

_____
**HONORABLE VICTOR MARRERO**
**United States District Judge**

cc:   AUSA Ryan Finkel (by ECF)



Request **GRANTED.** For the reasons stated above, the Court hereby modifies the Defendant's bail conditions. The GPS monitoring condition is removed. Pretrial Services shall monitor the Defendant's compliance with curfew telephonically.

**SO ORDERED.**

9/23/2020

DATE                    VICTOR MARRERO, U.S.D.J.