**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 8, 2022

**BY ECF & E-MAIL**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   **United States v. Claudia Juarez**
      **19 CR 579 (VM)**

Dear Judge Marrero:

    I write with the consent of the Government and Pretrial Services to respectfully request that the Court temporarily modify Ms. Juarez's bail conditions to allow her to drive to Butner, NC today to facilitate her husband, Ruben Ramirez's, surrender to FCI Butner. She will return tomorrow. Mr. Ramirez's mother was meant to drive him, but she is in poor health and can no longer make the trip.

```
Defendant's request to modify her bail
conditions to authorize her travel today
to North Carolina as requested herein is
GRANTED.

SO ORDERED.

Dated: August 8, 2022
       New York, NY
                         Victor Marrero
                         U.S.D.J.
```

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Ryan Finkle, Esq.