# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 4, 2022

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022

Re:   **United States v. Claudia Juarez**
      19 Cr 579 (VM)

Dear Judge Marrero:

I write with the consent of the Government to respectfully request the Court adjourn Ms. Juarez's sentencing date from Friday, October 28, 2022 to December 2, 2022 at 2 PM. This adjournment is necessary because the jury administrator moved the date of a trial I am participating in to overlap with the current date of Ms. Juarez's sentencing.

Yours Sincerely,



Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

Request **GRANTED.**
The request for an adjournment of Ms. Juarez's sentencing date as set forth above is hereby GRANTED.

**SO ORDERED.**

10/6/2022
DATE

VICTOR MARRERO, U.S.D.J.